1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM B.TAYLOR
   Special Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-po-00283-SAB |
|---|---|
| Plaintiff, | MOTION AND ORDER FOR DISMISSAL |
| v. | |
| GUADALUPE V. VILLA | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:19-po-00283-SAB against GUADALUPE V. VILLA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 2, 2020                           Respectfully submitted,

                                               McGREGOR W. SCOTT
                                               United States Attorney

                                         By:   /s/ William B. Taylor
                                               WILLIAM B. TAYLOR
                                               Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:19-po-00283-SAB against GUADALUPE V. VILLA be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **March 2, 2020**

UNITED STATES MAGISTRATE JUDGE